

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Larry Chambers and Abie Wolf, | § | No. 08-19-00061-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| Ricardo Rivera and Cimarron Conyers, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2018DCV1525) |
| | § | |

# **O R D E R**

On March 8, 2019, the Court issued an order for mediation referral. The order required the parties to notify the Court within twenty days that they had agreed upon a mediator or the appellate timetable would be reestablished. On March 28, 2019, Appellants filed a letter effectively advising the Court that the parties have not agreed upon a mediator. Pursuant to the March 8, 2019 order and on our own motion, we order that the appellate timetable suspension is lifted. The Record is now due on or before April 28, 2019.

IT IS SO ORDERED this 29th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.